TCL
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v. Case No. 25-mj-854 DTS

MAXWELL LOUIS COLLYARD

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about December 15, 2025, in the State and District of Minnesota, defendant,

forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with any person designated in 18 U.S.C. § 1114, to wit: a deportation officer of Immigration and Customs Enforcement, who was engaged in the performance of official duties, and caused physical contact, and with the intent to commi8t another felony;

all in violation of Title 18, United States Code, Section 111(a).

I further state that I am a special agent of the Department of Homeland Security Investigations and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒Yes ☐ No

*Complainant's signature*

Michael T. Raiff
HSI Special Agent
*Printed name and title*

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime, Zoom,
and email pursuant to Fed. R. Crim. P. 41(d)(3)

Date: December 16, 2025

*Judge's Signature*

City and State: Minneapolis, MN

David T. Schultz
United States Magistrate Judge
*Printed Name and Title*